RECEIVED
IN MONROE, LA

AUG 0 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LLOYD P. CORTEZ<br>LA. DOC #111072 | CIVIL ACTION NO. 3:10-cv-0844 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF LARRY COX, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking a money judgment from a defendant who is immune from suit, all in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this __2__ day of __August__, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE